JS6
cc: LASC
21STCV18145

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ZEIL | Case No. **2:22-cv-00195-RGK-MAA** |
| Plaintiff, | |
| v. | **[PROPOSED]** ORDER ON STIPULATION LIMITING PLAINTIFF'S RECOVERY TO SEVENTY-FIVE THOUSAND DOLLARS AND ZERO CENTS ($75,000.00) |
| DOES 1 TO 100, Inclusive. | |
| Defendants. | |
| | Complaint Filed: 05/14/2021 |

**GOOD CAUSE APPEARING, THEREFORE** and pursuant to Stipulation of the parties to Limit Plaintiff's Recovery to Seventy-Five Thousand Dollars and Zero Cents ($75,000.00), the Court orders as follows:

ZEIL is limited in his total recovery including costs and reasonable attorney's fees to Seventy-Five Thousand Dollars and Zero Cents ($75,000.00), and therefore this matter is hereby Ordered remanded.

DATED: **3/31/2022**

R. GARY KLAUSNER
U.S. District Judge

[PROPOSED] ORDER ON STIPULATION TO LIMIT RECOVERY AND ORDER OF REMAND